From: **Lawrence Fisher** fishercrimlaw@gmail.com
Subject: print
Date: November 17, 2020 at 11:54 AM
To: Lawrence Fisher fishercrimlaw@gmail.com



March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

    Arfhy Santos

               Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**TEL/VIDEOCONFERENCE**

\_\_\_\_\_-CR-_____|\_\_|(\_\_)
20-MAG-11564

Defendant     Arfhy Santos     hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

✓   Initial Appearance/Appointment of Counsel *

✓   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
     Indictment Form)

\_\_\_   Preliminary Hearing on Felony Complaint

\_\_\_   Bail/Revocation/Detention Hearing

\_\_\_   Status and/or Scheduling Conference

\_\_\_   Misdemeanor Plea/Trial/Sentence

s/Arfhy Santos, by KNF, USMJ
-----------------------------------------
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Arfhy Santos
-----------------------------------------
Print Defendant's Name

Defense Counsel's Signature

Lawrence Fisher
-----------------------------------------
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/17/2020
-----------------------------------------
Date

Kevin Nathaniel Fox
-----------------------------------------
U.S. District Judge/U.S. Magistrate Judge