LAWRENCE M. FISHER
Attorney at Law
233 Broadway - Suite 2348
New York, NY 10279
W: (212) 226-5700
C: (917) 225-2397

Honorable Judge Kevin Fox            August 25, 2021
United States Magistrate Court Judge
Southern District of New York     MEMORANDUM ENDORSEMENT
500 Pearl Street
New York, N.Y. 10007

*Re: **USA v. Arfhy Santos***
***20 MAG 11564***

Dear Judge Fox:

I represent the defendant, Mr. Arfhy Santos. I write to request bail modification of my client's home detention condition to permit my client to be employed overnight on August 28, 2021 as a paid singer at the Blue Bar and Grill located at 30 North Broadway, Yonkers, NY 10701.

On November 17, 2020, your Honor set the following bail conditions upon consent of the parties: a $150,000 PRB, co-signed by 2 FRP's, travel restricted to SDNY & EDNY, surrender of travel documents, pre-trial supervision as directed, home detention with electronic monitoring, and defendant to seek employment.

To date, the defendant has fully complied with all of these conditions including full-time employment on-the-books at an auto body shop. Defendant now seeks permission to work overnight on August 28, 2021 as a singer pursuant to a written contract with the Blue Bar and Grill of Yonkers, N.Y.

It is therefore respectfully requested that the bail conditions be modified to allow the defendant to work overnight on August 28, 2021 at the Blue Bar and Grill located at 30 North Broadway, Yonkers, NY 10701 with all other bail conditions remaining the same.

I have contacted AUSA Christopher Brumwell and USPTO Ashley Cosme who both consent to this overnight work modification.

Respectfully submitted,
/s/
LAWRENCE M. FISHER

Cc:   AUSA Brumwell
      USPTO Cosme

8/26/21
Application granted.
SO ORDERED:
/Kevin Nathaniel Fox/

**HON. KEVIN NATHANIEL FOX**
**United States Magistrate Judge**
**Southern District of New York**